

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Eric J. Mapes,                    * Original Proceeding

No. 11-25-00207-CV                       * August 7, 2025

                                         * Per Curiam Memorandum Opinion
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.)

This court has considered Eric J. Mapes's petition and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed. All pending motions in this proceeding are denied or otherwise overruled.